Mildred K. O'Linn, Esq. (State Bar No. 159055)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@manningllp.com

Attorneys for Defendant,
TASER INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS VAUGHN, and RONALD VAUGHN, Individually and as the Personal Representatives of NATHAN VAUGHN, deceased<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>TASER INTERNATIONAL, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: CV10-3752 PJH<br>[*Hon. Phyllis J. Hamilton*]<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TASER INTERNATIONAL, INC.** AND WITHOUT PREJUDICE AS TO DOE DEFENDANTS<br><br><s>Complaint Filed: 08/24/10</s> |

IT IS HEREBY ORDERED that:

Pursuant to the Stipulation re Dismissal between plaintiffs DORIS VAUGHN, and RONALD VAUGHN, Individually and as the Personal Representatives of NATHAN VAUGHN, deceased (collectively hereinafter as "Plaintiffs") and defendant TASER INTERNATIONAL, INC. ("TASER"), all causes of action against defendant TASER are hereby dismissed with prejudice and the entire action against defendant TASER is hereby dismissed with prejudice.

Furthermore, Plaintiffs and defendant TASER mutually waive all costs, court fees, and attorneys' fees arising out of this litigation involving these parties.

1  **IT IS SO ORDERED**.

2  Dated: 1/21/11

3  _____ **UNITED STATES DISTRICT JUDGE**

4

5  AS DOE DEFENDANTS MAY NOT PROCEED ON THEIR OWN, THEY ARE
6  DISMISSED WITHOUT PREJUDICE.

*Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California*